AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00394 |
| | ) Assigned To : Faruqui, Zia M. |
| Jonathan J. Munafo | ) Assign. Date : 4/23/2021 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 111(a)(1)(A) | Forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with officer of U.S. Gov't |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. § 1752(a)(2) | Knowingly Engaging in Disorderly Conduct on Restricted Grounds w/Intent to Disrupt Official Functions |
| 18 U.S.C. § 1752(a)(4) | Knowingly Engaging in Act of Physical Violence against Person/Property on Restricted Grounds |
| 18 U.S.C. § 1752(b)(1)(A) | Violating 18 U.S.C. § 1752(a) While Using or Carrying a Dangerous Weapon |
| 40 U.S.C. § 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Michael Bauknight, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 23, 2021

_Judge's signature_

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_